UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CIBC PRIVATE WEALTH ADVISORS, INC.,

              Plaintiff,

- against -

ERIN DICKES, ET AL.,

              Defendants.

---

22-cv-6436 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

As discussed at the conference held today:

- The defendants may file a motion to dismiss by August 2, 2022;

- The defendants may respond to the plaintiff's motion for a temporary restraining order by August 4, 2022;

- The plaintiff may respond to the defendants' motion to dismiss by August 5, 2022;

- The plaintiff may file a reply in support of its motion for a temporary restraining order by August 8, 2022;

- The defendants may file a reply in support of their motion to dismiss by August 9, 2022; and

- A conference is scheduled for August 11, 2022, at 5:00 p.m. Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
            August 1, 2022

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                                United States District Judge